IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**DEBRA JOHNSON and LIBERTY**
**MUTUAL INSURANCE COMPANY,**

      **Plaintiffs,**

  **v.**

**ROBERT N. WADE and ARCHWAY**
**COOKIES, L.L.C., a Delaware**
**Corporation,**

      **Defendants.**

CASE NO. 8:03CV79

ORDER OF DISMISSAL

Upon considering the STIPULATION FOR DISMISSAL [240] filed herein for the parties by their attorneys, the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS HEREBY ORDERED:**

That the COMPLAINT of the Plaintiff is hereby dismissed with prejudice to any further proceedings upon the cause of action or occurrence described in Plaintiff's COMPLAINT, as it may have been amended, and that each of the parties shall pay their own costs.

**DATED May 19, 2006.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**